MICHAEL DONAHOE
Deputy Federal Defender
FEDERAL DEFENDERS OF MONTANA
50 West 14th Street, Suite 1
Helena, MT 59601
Michael_donahoe@fd.org
(406) 449-8381
(406) 449-5651 (Facsimile)
        Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGORY ALEXANDER HERRIN,<br><br>Defendant. | **CR 16-15-H-SEH**<br><br>**NOTICE OF INTERLOCUTORY APPEAL FROM DISTRICT COURT ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS** |

## NOTICE OF APPEAL

COMES NOW defendant-appellant, John Gregory Alexander Herrin (Herrin) and hereby gives notice of his appeal to the Ninth Circuit Court of Appeals from the order entered by the United States District Court in and for the District of Montana on January 10, 2019, denying Herrin's Motion to Suppress. (*See* ECF No. 34).

Federal Defenders of Montana
50 West 14th Street, Suite 1
Helena, Montana 59601
(406) 449-8381                                        1

The record in this case consists of the district court's written denial of defendant's motion (ECF No. 34). The briefs filed in the case by the parties (ECF Nos. 14, 17 and 20); and the transcript of the hearing held by the district court on January 10, 2019, which has been ordered from the court reporter this date under separate cover.

This appeal centers on the defendant's rights under the Fifth and Sixth Amendments not to be tried for an offense for which he has not been timely indicted. "This [Indictment Clause] claim meets all three standards for immediate appealability" *United States v. Yellow Freight Systems, Inc.*, 637 F.2d 1248, 1251 (9th Cir. 1980).

RESPECTFULLY SUBMITTED this 10th day of January, 2019.

<u>/s/ Michael Donahoe</u>
MICHAEL DONAHOE
Deputy Federal Defender
Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 10, 2019, a copy of the foregoing document

was served on the following persons by the following means:

  1   CM-ECF

      Mail

1.     CLERK, UNITED STATES DISTRICT COURT

1.     Timothy J. Racicot
       Deputy Criminal Chief
       U.S. Attorney's Office
       District of Montana
       P.O. Box 8329
       Missoula, MT  59807

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Attorney for Defendant