UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br> v.<br><br>JOHN GREGORY ALEXAND HERRIN,<br><br>       Defendant-Appellant. | No.   19-30002<br><br>D.C. No.<br>6:16-cr-00015-SEH-1<br>District of Montana,<br>Helena<br><br>ORDER |

Before:  CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

We have reviewed the responses to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction.  We conclude that we lack jurisdiction to review the district court's interlocutory order.  *See* 28 U.S.C. § 1291; *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798 (1989) (stating that finality requirement generally "prohibits appellate review until after conviction and imposition of sentence").  According, this appeal is dismissed.

**DISMISSED.**